IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARVIN THOMPSON,** )<br>  )<br>  **Plaintiff,** )<br>  )<br> vs. )<br>  )<br> **REGIONAL WEST MEDICAL** )<br> **CENTER, et al.,** )<br>  )<br>  **Defendants.** ) | **8:06CV581**<br><br>**ORDER** |

This matter is before the court on the Plaintiff's Motion for Leave to File Fourth Amended Complaint And Jury Demand (Filing No. 84) and Plaintiff's Amended Motion For Leave To File Fourth Amended Fourth Amended Complaint And Jury Demand (Filing No. 86). The plaintiff attached to each motion an unsigned copy of the proposed amended complaint. **See** Filing Nos. 84, Exhibit A and 86, Exhibit A. None of the other parties to this action filed an objection to the motion. However, the plaintiff asserts that counsel for defendant, Private Eyes, contests the relief sought in these current motions. **See** Filing Nos. 84 and 86. The plaintiff seeks to add 1) a claim for violation of the Fair Credit and Reporting Act, 15 U.S.C. § 1681i, et seq. (FCRA) against defendant Private Eyes; and 2) a claim for negligence against Private Eyes. Upon consideration,

**IT IS ORDERED:**

1. The Plaintiff's Amended Motion For Leave To File Fourth Amended Complaint And Jury Demand (Filing No. 86) is granted.

2. The plaintiff shall have to **on or before November 12, 2007**, to file the amended complaint.

3. The Plaintiff's Motion For Leave To File Fourth Amended Complaint And Jury Demand (Filing No. 84) is denied as moot.

DATED this 31st day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge