IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN W. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV581 |
| | ) | |
| v. | ) | |
| | ) | |
| REGIONAL WEST MEDICAL CENTER, PRIVATE EYES, Inc., and MICHAEL MCCOY, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Now before the Court is Private Eyes, Inc.'s Motion to Restrict Access to its Index of Evidence in Support of its Motions for Summary Judgment. This Court finds that certain exhibits attached thereto contain information subject to mandatory redaction under the E-Government Act, but are pertinent to the resolution of Private Eyes' motions for summary judgment. As such, the motion to restrict is GRANTED.

**IT IS SO ORDERED.**

Dated: January 2, 2008.

BY THE COURT:

s/ Joseph F. Bataillon _____
Chief District Court Judge


Prepared & Submitted By:

Bryan S. Hatch, #21009
Victor C. Padios, #23265
STINSON MORRISON HECKER LLP
1299 Farnam Street, Suite 1501
Omaha, NE  68102
(402) 342-1700 – Telephone
(402) 930-1701 – Facsimile