IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVIN W. THOMPSON,            )<br>                               )<br>    Plaintiff,                 )<br>                               )<br>v.                             )<br>                               )<br>REGIONAL WEST MEDICAL CENTER,  )<br>PRIVATE EYES, INC., AND MICHAEL MCCOY )<br>                               )<br>    Defendants.                ) | Civil No. 8:06CV581<br><br>**ORDER** |

THIS MATTER having come before the Court upon the Plaintiff's Motion for Extension of Time to Respond to Defendants' Pending Motions for Summary Judgment and being fully advised in the premises,

THE COURT HEREBY ORDERS that Plaintiff is hereby GRANTED an extension of time up to and including January 21, 2008, within which to file its Responses to Defendants' Pending Motions for Summary Judgment.

Dated this 7th day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court