IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVIN W. THOMPSON, ) | No. 8:06CV581 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| REGIONAL WEST MEDICAL CENTER, ) | |
| PRIVATE EYES, INC., AND MICHAEL MCCOY ) | |
| ) | |
| Defendants. ) | |

THIS MATTER having come before the Court upon the PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSE BRIEF AND REPLY BRIEFS TO ALL PENDING MOTIONS FOR SUMMARY JUDGMENT and being fully advised in the premises,

THE COURT HEREBY ORDERS that Plaintiff is hereby GRANTED an extension of time up to and including February 4, 2008, within which to file his Responses to Defendants' Pending Motions for Summary Judgment and his Replies in Support of his Motion for Summary Judgment.

Dated this 15th day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge