IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN W. THOMPSON, | ) | No. 8:06CV581 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| REGIONAL WEST MEDICAL CENTER, PRIVATE EYES, INC., AND MICHAEL MCCOY | ) ) ) ) ) | |
| Defendants. | ) | |

The Court, after reviewing the parties' Stipulated Motion to Dismiss All Claims with Prejudice, hereby ORDERS:

All claims in this civil action are hereby dismissed with prejudice. The parties shall each bear its or his own attorneys' fees and costs.

Dated this 7th day of March, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court